In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property of the Title and Mortgage Guarantee Company of Buffalo.

FRANK T. HINES, as Administrator of Veterans' Affairs, et al., Appellants; BUFFALO SERIES D CORPORATION et al., Respondents.

(Argued March 5, 1936; decided March 20, 1936.)

*A. S. Thomson* and *John H. Dominick* for appellants.

*David L. Landy, S. Fay Carr* and *William L. Marcy, Jr.,* for Buffalo Series D Corporation, respondent.

*Thomas R. Wheeler* and *Louis L. Babcock* for The Marine Trust Company of Buffalo, respondent.

Order affirmed, without costs. We express no opinion upon the question as to whether the participation certificates constituted legal investments for trustees or whether they constituted shares or parts of mortgages.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.